THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVESTRE DUENEZ,<br><br>        Plaintiff,<br>    v.<br><br>DAKOTA CREEK INDUSTRIES, INC.,<br><br>        Defendant. | CASE NO. C16-1238-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to conduct mediation pursuant to Local Civil Rule 39.1 (Dkt. No. 21). Finding good cause, the Court GRANTS the parties' motion. The parties shall conduct mediation no later than February 1, 2018.

DATED this 22nd day of November 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk