THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SILVESTRE DUENEZ, | CASE NO. C16-1238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAKOTA CREEK INDUSTRIES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on telephonic notice from Plaintiff's counsel that the parties have reached a settlement in this case. Accordingly, the Court ORDERS Plaintiff to file a stipulated dismissal or voluntary dismissal within 30 days of the issuance of this order. The Clerk is DIRECTED to terminate all pending case management dates and CLOSE the case for statistical purposes.

DATED this 9th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1238-JCC
PAGE - 1