UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVESTRE DUENEZ, | CASE NO. C16-1238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAKOTA CREEK INDUSTRIES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulated motion and proposed order of dismissal (Dkt. No. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is DIRECTED to TERMINATE the stipulated motion (Dkt. No. 39).

DATED this 15th day of March 2018

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk